| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | SEP 20 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

SUZANNE MALLOUK; et al.,

    Plaintiffs - Petitioners,

 v.

AMAZON.COM, INC.,

    Defendant - Respondent.

No. 24-4834

D.C. No.
2:23-cv-00852-RSM
Western District of Washington,
Seattle

ORDER

Before: CHRISTEN and BRESS, Circuit Judges.

The motion for leave to file a reply (Docket Entry No. 3) is granted.

The petition for permission to appeal is denied without prejudice. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).